UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE TINGO GROUP, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>    ALL ACTIONS | Lead Case No. 2:23-CV-20749-ES-MAH<br><br>**NOTICE OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF KEVIN J. O'BRIEN** |

**PLEASE TAKE NOTICE** that on November 18, 2024, or such later date as the Court may order, Defendant Ernst & Young Americas LLC, by its undersigned counsel, will hereby move before the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order allowing the admission *pro hac vice* of:

    Kevin J. O'Brien, Esq.
    KING & SPALDING LLP
    1185 Avenue of the Americas, 34th Floor
    New York, NY 10036-2601
    212-827-4088
    kobrien@kslaw.com

**PLEASE TAKE FURTHER NOTICE** that the Defendant Ernst & Young Americas LLC will rely upon the accompanying Declarations of Thomas J. Scrivo and Kevin J. O'Brien in support of this motion and that no brief is necessary as this motion raises no issue of law and the relief sought is wholly within the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests waiver of oral argument in submission of this motion pursuant to Rule 78 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: October 17, 2024

      <u>/s/ Thomas J. Scrivo</u>
      Thomas J. Scrivo
      New Jersey Bar No. 307552019
      **KING & SPALDING LLP**
      1185 Avenue of the Americas, 34th Fl.
      New York, NY 10036
      Tel:   (212) 556-2100
      Fax:  (212) 556-2222
      Email: tscrivo@kslaw.com

      *Attorney for Defendant Ernst & Young Americas LLC*