UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE TINGO GROUP, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 2:23-CV-20749-ES-MAH<br><br>**DECLARATION OF THOMAS J. SCRIVO IN SUPPORT OF KEVIN J. O'BRIEN'S APPLICATION FOR ADMISSION *PRO HAC VICE*** |

Thomas J. Scrivo, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney-at-law of the State of New Jersey, a member in good standing of this Court, and an associate at the law firm of King & Spalding LLP, and I represent Defendant Ernst & Young Americas LLC in this action.

2. I am fully familiar with the facts as stated herein, and I submit this Declaration in support of the Defendant Ernst & Young Americas LLC's application for the admission *pro hac vice* of Kevin J. O'Brien to the Bar of this Court in this action.

3. There is good cause for the admission *pro hac vice* in this matter of Mr. O'Brien. As set forth in his accompanying Declaration, Mr. O'Brien is a member in good standing and eligible to practice before the courts in the States of New York, Georgia, and Virginia.

4. To the best of my knowledge, Mr. O'Brien has never been the subject of any disciplinary proceeding by any court or other authority and has never been suspended or disbarred by any court.

5. As set forth in his accompanying Declaration, Mr. O'Brien is familiar with the facts of this case. It would be in the best interest of the Defendant Ernst & Young Americas LLC for him to be admitted *pro hac vice* on their behalf in this action.

6. If this Court grants Mr. O'Brien's admission *pro hac vice*, Mr. O'Brien understands that he must abide by all applicable Rules of Court, including all local rules and all disciplinary rules.

7. All pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of King & Spalding, attorneys of record for the Defendant Ernst & Young Americas LLC, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby.

8. If this Court grants Mr. O'Brien's admission *pro hac vice*, I will undertake to ensure that Mr. O'Brien pays the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. CIV. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of entry of the order granting her admission, and will continue to do so for each year he continues to represent the Defendant Ernst & Young Americas LLC.

9. If this Court grants Mr. O'Brien admission *pro hac vice*, I will undertake to ensure that Mr. O'Brien makes the payment of $150.00 to the Clerk of the United States District in accordance with L. CIV. P. 101.1(c)(3).

10. Based on the foregoing reasons, I respectfully request that this Court enter the accompanying Order admitting Kevin J. O'Brien *pro hac vice* in this matter

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2024

                                                  */s/ Thomas J. Scrivo*
                                                  Thomas J. Scrivo