UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE TINGO GROUP, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 2:23-CV-20749-ES-MAH<br><br>**ORDER FOR *PRO HAC VICE* ADMISSION OF KEVIN J. O'BRIEN** |

This matter having been brought before the Court by Thomas J. Scrivo of King & Spalding LLP, attorneys for Defendant Ernst & Young Americas LLC, on application to allow Kevin J. O'Brien, Esq. to appear and participate *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown:

IT IS on this 5th day of November, 2024,

**ORDERED** that the Defendant Ernst & Young Americas LLC's application be and hereby is **GRANTED**; and it is further

**ORDERED** that Kevin J. O'Brien, Esq., a member in good standing of the Bars of the State of New York, State of Georgia, and Commonwealth of Virginia, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of King & Spalding LLP, attorneys of record for the Defendant Ernst & Young Americas LLC, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Kevin J. O'Brien, Esq. shall pay the annual fee to the New Jersey

Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Kevin J. O'Brien, Esq. shall make payment of ~~$150.00~~ $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Kevin J. O'Brien, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, L. Civ. R. 104.1, and Discipline of Attorneys; and it is further

ORDERED that Kevin J. O'Brien, Esq. shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

ORDERED that Kevin J. O'Brien, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule 1:21-7, as amended; and it is further

ORDERED that King & Spalding LLP may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

SO ORDERED

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 11/5/24

2