

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X
MICHAEL FORD,

      Plaintiff,

-against-　　　　　　　　　　　　　　　　　　2:24-CV-04894-CCC-JBC
　　　　　　　　　　　　　　　　　　　　　　　AFFIRMATION OF SERVICE

DARREN MERCER, et al.,

      Defendant,
-------------------------------------------------------X

      DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 23RD day of December, 2024, at approximately the time of 11:00a.m., deponent served the SUMMONS IN A CIVIL CASE, VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT AND EXHIBIT upon HOULIHAN LOKEY CAPITAL INC., c/o Corporation Service Company, 80 State Street, Albany, New York, in this action, by delivering to and leaving with LEGAL REPRESENTATIVE authorized person who is designated to accept service at this address.

      LEGAL REPRESENTATIVE is a white female, approximate 60 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 180 pounds with gray hair.

      DEBORAH LaPOINTE affirms this 23RD day of December, 2024, under the penalties of perjury under the law of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action of proceeding in a court of law.

_[signature]_
DEBORAH LaPOINTE

D.L.S., Inc.
100 State Street
Suite 220
Albany, NY 12207
518-449-8411
www.dlsny.com