UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE TINGO GROUP, INC., f/k/a MICT, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No.: 2:23-cv-20749-ES-MAH |

**PLAINTIFFS' NOTICE TO DISMISS ACTION**
**WITHOUT PREJUDICE AS TO HOULIHAN LOKEY CAPITAL, INC.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss this action against Houlihan Lokey Capital, Inc. without prejudice, effective with the filing of this notice.

|  | Respectfully submitted, |
|---|---|
| Dated: March 7, 2025 | **SQUITIERI & FEARON, LLP**<br><br>*/s/ Lee Squitieri*<br>Lee Squitieri<br>205 Hudson Street, 7th Floor<br>New York, New York 10013<br>Telephone: (212) 421-6492<br>Email: lee@sfclasslaw.com |